## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**DUSTIN BARKER, *et al.*,**

        **Plaintiffs,**      :

   **v.**

**MUSKINGUM COUNTY
JAIL, *et al.*,**          :

       **Defendants.**

**Case No. 2:21-cv-4987**
**Judge Sarah D. Morrison**
**Magistrate Judge Elizabeth A. Preston Deavers**

### ORDER

On December 16, 2021, the Magistrate Judge issued a Report and Recommendation recommending that, as to Plaintiffs DeAngelo Dewon Tellis, Jamie Lee Mayle, Joseph Moore, Michael Robert Carsey, and Channing Goins, the Court (i) assess the full amount of the filing fee, (ii) dismiss the case for want of prosecution, and (iii) not reinstate the case to the Court's active docket even if the filing fee is later paid in full. (ECF No. 14.) Although the parties were advised of the right to file objections to the Report and Recommendation, and of the consequences of failing to do so, no objections have been filed. The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, Plaintiffs Tellis, Mayle, Moore, Carsey, and Goins are **ORDERED** to pay a filing fee of $50.00 (a proportionate amount of the $350 filing fee, divided equally among all of the Plaintiffs) **within fourteen days** of the date of this Order. Further, their claims are **DISMISSED** for want of prosecution. Finally, the Clerk is **DIRECTED**, and

the Plaintiffs are **ADVISED**, that this case will not be reinstated to the Court's

active docket even if the filing fee is paid in full.


    **IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**