2:21-cv-00887-SDM-EPD Doc #: 31 Filed: 04/22/22 Page 1 of 2 PAGEID #:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): N Kinney<br>C. Date of Delivery: 4/20/22 |
| 1. Article Addressed to:<br><br>Dustin Barker #797-793<br>Correctional Reception Center<br>P.O. Box 300<br>11271 St. Rt. 762<br>Orient, OH 43146 | D. Is delivery address different from item 1? ☒ Yes<br>If YES, enter delivery address below: ☐ No<br><br>15708 McConnellsville Rd<br>Caldwell OH 43747 |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 2820 0003 5800 9991 |

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

UNITED STATES POSTAL SERVICE COLUMBUS OH 430
20 APR 2022 PM 5 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

OFFICE OF THE CLERK
U.S. DISTRICT COURT
JOSEPH P. KINNEARY U.S. COURTHOUSE
85 MARCONI BLVD., SUITE 121
COLUMBUS, OH 43215

FILED
RICHARD W. NAGEL
CLERK OF COURT
2022 APR 22 PM 2:27
U.S. DISTRICT
SOUTHERN
EAST DIV.

2:21 CV 4987